IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**LADONNA MARIE SIAR WUJCIK,**

    **Plaintiff,**

**v.**                                                       **No. 13-cv-0335 JCH/SMV**

**CAROLYN W. COLVIN, Acting Commissioner of
Social Security Administration,**

    **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 26] ("PF&RD"), issued on May 7, 2014.  On reference by the Court, [Doc. 21], the Honorable Stephan M. Vidmar, United States Magistrate Judge recommended that Plaintiff's Motion to Reverse and Remand Commissioner's Administrative Decision [Doc. 18] be granted and that the case be remanded for further proceedings. Specifically, Judge Vidmar found that the Administrative Law Judge failed to apply the correct legal standards in evaluating the opinions of two treating physicians.  *Id.* at 6–13.  He found that remand was necessary for proper evaluation of these opinions.  *Id.*  No party objected to the PF&RD, and the time for doing so has passed.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 26] be **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Reverse and Remand Commissioner's Administrative Decision [Doc. 18] be **GRANTED** and that this case be **REMANDED** for further proceedings in accordance with the PF&RD [Doc. 26].

IT SO ORDERD.

_____
**JUDITH C. HERRERA**
**United States District Judge**